IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

      Petitioner,               No. CIV S-06-0613 DFL KJM P

    vs.

TOM CAREY, Warden, et al.,

      Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a). Since petitioner may be entitled to relief requested in his habeas petition if the violation of constitutional rights asserted therein is proved, respondents will be directed to file a response.

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R.

/////

1  Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice

2  would be served by the appointment of counsel at the present time.

3           Finally, the court notes that petitioner has already filed a traverse.  Because an

4  answer has not yet been filed, the traverse will be stricken.  Petitioner will be granted time within

5  which to file his traverse.  The time will commence running when respondents file their answer.

6           Accordingly, IT IS HEREBY ORDERED that

7       1.  Petitioner's request to proceed in forma pauperis is granted;

8       2.  Respondents are directed to file a response to petitioner's habeas petition

9  within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An

10  answer shall be accompanied by all transcripts and other documents relevant to the issues

11  presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

12       3.  If the response to the habeas petition is an answer, petitioner's reply, if any,

13  shall be filed and served within thirty days after service of the answer;

14       4.  If the response to the habeas petition is a motion, petitioner's opposition or

15  statement of non-opposition to the motion shall be filed and served within thirty days after

16  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

17  thereafter;

18       5.  The Clerk of the Court shall serve a copy of this order together with a copy of

19  the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,

20  Senior Assistant Attorney General;

21       6.  Petitioner's March 23, 2006 request for appointment of counsel is denied

22  without prejudice to a renewal of the motion at a later stage of the proceedings; and

23       7.  The traverse filed by petitioner on July 14, 2006 is stricken from the record.

24  DATED:  December 1, 2006.

25  _____
    U.S. MAGISTRATE JUDGE

26  1/mp;/hard0613.100(3.23.06)