IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

        Petitioner,                        No. CIV S-06-0613 DFL KJM P

     vs.

TOM CAREY, Warden, et al.,

        Respondents.              ORDER

/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On December 4, 2006, the court, among other things, ordered petitioner's July 14, 2006 traverse stricken from the record as respondents had not yet filed their answer. On December 18, petitioner filed a request for an "injunction" in which he asks that the court consider the traverse. Petitioner seems to suggest because respondents already filed in another case the answer they should have filed in this case, the court should consider the traverse. Whether respondents filed an inappropriate answer in another action is of no consequence here, especially since the answer to which petitioner refers was filed well before this court ordered respondents to answer in this action. See CIV-S-05-1451 LKK EFB, docket entry #16. Respondents still have not filed their answer in this action and still have time to do so. If petitioner thinks respondent filed an inappropriate document in another action, he should file an appropriate motion in that action.

/////

1  Accordingly, IT IS HEREBY ORDERED that petitioner's December 18, 2006
2  request for an "injunction" is denied.
3  DATED:   January 9, 2007.

_____
U.S. MAGISTRATE JUDGE

1
hard0613.inj