IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN FREDERICK HARDNEY, | ) | |
| | ) | |
| Petitioner, | ) | No. 2:06-cv-0613-JKS-KJM |
| | ) | |
| vs. | ) | |
| | ) | |
| TOM CAREY, Warden, et al., | ) | <u>DECISION</u> |
| | ) | |
| Respondents. | ) | |
| | ) | |
| _____ | ) | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On May 1, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. The Magistrate Judge recommends that the Respondents' motion to dismiss be granted on the theory that this is a successive petition identical to an earlier petition that is still pending. Petitioner has filed objections to the findings and recommendations. He contends that his two petitions are not identical. This Court has reviewed both petitions and agrees with the Magistrate Judge that one is a verbatim copy of the other.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and local Rule 72-304, this Court has conducted a de novo review of the record and exercised its independent judgment. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

supported by the record and in conformity with controlling law. The Court therefore adopts the findings and accepts the recommendations.

The only possible conclusion on this record is that Petitioner received the process that was due in the state courts and that the decisions of the state courts did not violate clearly established federal law as determined by the holdings of the decisions of the United States Supreme Court.

IT IS THEREFORE ORDERED:

1. The findings and recommendations filed May 1, 2007, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is DENIED.

3. The clerk shall enter judgment dismissing the petition with prejudice provided that this order does not affect the petition which was earlier filed.

4. The Court has considered whether to issue a certificate of appealability as to one or more issues and concludes that as to all of petitioner's claims there has been no showing that denying petitioner the privilege of filing two separate but identical petitions constitutes the denial of a Constitutional right. 28 U.S.C. § 2253(C). No certificate of appealability will therefore be issued. The judgment shall reflect that no certificate will be issued.

Dated: September 28, 2007.

    /s/James K. Singleton, Jr.
James K. Singleton, Jr.
United States District Judge